United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                Case No. 26-02115-MJC

Jessica L Zicker                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                    User: AutoDocke                    Page 1 of 2

Date Rcvd: Jul 30, 2026                 Form ID: asextnd                   Total Noticed: 12

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica L Zicker, 615 Watercrest Ave, Effort, PA 18330-8093 |
| 5821244 | + | Kevin Zicker, 615 Watercrest Ave, Effort, PA 18330-8093 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5821239 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 30 2026 18:41:00 | AmeriCredit Financial Services, Inc., d/b/a GM Financial, PO Box 183853, Arlington, TX 76096 |
| 5821241 | + | Email/Text: omx-bnc-bk-notices@chime.com | Jul 30 2026 18:42:00 | Chime-Stride, PO BOX 417, SAN FRANCISCO, CA 94104-0417 |
| 5821240 | + | Email/Text: omx-bnc-bk-notices@chime.com | Jul 30 2026 18:42:00 | Chime/the Bancorp Bank, 101 CALIFORNIA ST STE 50, SAN FRANCISCO, CA 94111-5802 |
| 5821242 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 30 2026 18:42:00 | DEPT OF EDUCATION/NELN, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 5821243 | ^ | MEBN | Jul 30 2026 18:40:54 | Hladik Onorato & Federman, Robert W. Williams, Esq, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 5821245 | + | Email/PDF: cbp@omf.com | Jul 30 2026 18:50:15 | ONEMAIN, PO Box 3251, Evansville, IN 47731-3251 |
| 5821246 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 30 2026 18:42:00 | PA Dept of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 5821247 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 31 2026 02:45:51 | Portfolio Recovery, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 5821248 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 30 2026 18:42:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy Dept., Po Box 65250, Salt Lake City, UT 84165-0250 |
| 5821249 | ^ | MEBN | Jul 30 2026 18:40:54 | St. Lukes University Health Network, 801 Ostrum Street, Bethlehem, PA 18015-1000 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026                      Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Kim M Diddio | on behalf of Debtor 1 Jessica L Zicker kdiddio@diddiolaw.com kdiddio@gmail.com;r52326@notify.bestcase.com;kimdiddioattorneyatlaw@jubileebk.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jessica L Zicker,
aka Jessica L Kuehner, aka Jessica Lynn Zicker,

Chapter 13

**Debtor 1**

Case No. 5:26−bk−02115−MJC

## Notice

Notice is hereby given that:

The debtor(s) filed a Chapter 13 Bankruptcy Petition on July 29, 2026.

The debtor(s) filed a Motion to Extend the Automatic Stay in this case. A hearing on this matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: 8/25/26** **Time: 10:00 AM** |

Any objection/response to the Motion must be filed and served on the debtor(s) on or before **August 23, 2026**.

If an objection/response is not filed by the objecting deadline and the debtor(s) (has/have) filed an Affidavit setting forth sufficient facts to support the motion and satisfy §362(c)(3) or (c)(4), the Court may grant the motion without conducting a hearing.

If no Affidavit is filed prior to the objecting deadline, or if the Affidavit filed is insufficient to satisfy the terms of 11 U.S.C. §362(c)(3) or (c)(4), or if any objections are filed within the prescribed objecting deadline, a hearing on this matter will be held.

**Consideration of a request to extend/impose the automatic stay must be accomplished within thirty (30) days of the bankruptcy petition filing date. It is the debtor(s)'s responsibility to request expedited consideration of a motion to extend when required.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 30, 2026 |

**asextnd (Notice of Hearing to Extend/Impose Stay) (05/18)**