# KIM M. DIDDIO
ATTORNEY & COUNSELOR AT LAW
17 North 6th Street
Stroudsburg, PA 18360
Telephone (570) 801-1336 · Facsimile (570)421-8757
E-Mail: kdiddio@diddiolaw.com

July 31, 2026

Clerk of Court
United States Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

     **Re:** **Jessica L. Zicker, Case No. 5:26-bk-02115**
            **Withdrawal of Duplicate Chapter 13 Plan**

Dear Clerk:

This office represents the debtor, Jessica L. Zicker, in the above-referenced Chapter 13 case. A Chapter 13 Plan was inadvertently filed in duplicate and docketed at Docket Entry No. 3.

Please withdraw the duplicate plan filed at Docket No. 3.

Please contact my office with any questions. Thank you for your attention to this matter.

                Very truly yours,

                /s/ Kim M. Diddio

                KIM M. DIDDIO, ESQ.