United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-02115-MJC
Jessica L Zicker Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke Page 1 of 2
Date Rcvd: Aug 25, 2026 Form ID: pdf010 Total Noticed: 16

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Jessica L Zicker, 615 Watercrest Ave, Effort, PA 18330-8093 |
| 5821244 | + | Kevin Zicker, 615 Watercrest Ave, Effort, PA 18330-8093 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 25 2026 18:45:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 5821239 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 25 2026 18:45:00 | AmeriCredit Financial Services, Inc., d/b/a GM Financial, PO Box 183853, Arlington, TX 76096 |
| 5821241 | + | Email/Text: omx-bnc-bk-notices@chime.com | Aug 25 2026 18:45:00 | Chime-Stride, PO BOX 417, SAN FRANCISCO, CA 94104-0417 |
| 5821240 | + | Email/Text: omx-bnc-bk-notices@chime.com | Aug 25 2026 18:45:00 | Chime/the Bancorp Bank, 101 CALIFORNIA ST STE 50, SAN FRANCISCO, CA 94111-5802 |
| 5821242 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 25 2026 18:45:00 | DEPT OF EDUCATION/NELN, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 5821243 | ^ | MEBN | Aug 25 2026 18:44:55 | Hladik Onorato & Federman, Robert W. Williams, Esq, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 5821245 | + | Email/PDF: cbp@omf.com | Aug 25 2026 18:48:52 | ONEMAIN, PO Box 3251, Evansville, IN 47731-3251 |
| 5821246 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2026 18:45:00 | PA Dept of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 5821247 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2026 18:48:41 | Portfolio Recovery, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 5826963 | ^ | MEBN | Aug 25 2026 18:44:52 | PPL Electric Utilities, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5822792 | | Email/Text: bnc-quantum@quantum3group.com | Aug 25 2026 18:45:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5821248 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 25 2026 18:45:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy Dept., Po Box 65250, Salt Lake City, UT 84165-0250 |
| 5821249 | ^ | MEBN | Aug 25 2026 18:44:55 | St. Lukes University Health Network, 801 Ostrum Street, Bethlehem, PA 18015-1000 |
| 5824293 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 25 2026 18:45:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Kim M Diddio | on behalf of Debtor 1 Jessica L Zicker kdiddio@diddiolaw.com kdiddio@gmail.com;r52326@notify.bestcase.com;kimdiddioattorneyatlaw@jubileebk.net |
| Maggie Soboleski | on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED CREDIT RISK TRANSFER TRUST, SERIES 2019-4 msoboleski@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Jessica L. Zicker,** | : | **Case No. 5:26-bk-02115-MJC** |
| | : | |
| **Debtor.** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER GRANTING MOTION TO EXTEND STAY**

Upon consideration of Debtor's Motion to Extend Stay as to All Creditors, Doc. 9 ("Motion"), and the Debtor having certified that all creditors and parties in interest have been properly served, no responses having been filed thereto, after a hearing held on August 25, 2026, and good cause having been demonstrated by the Movant, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the automatic stay in the above-captioned case is hereby **EXTENDED** as to all creditors properly served, until such time as the herein case is dismissed, discharged, or this Court enters an Order modifying the stay.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: August 25, 2026