United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-02115-MJC
Jessica L Zicker Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke 
Date Rcvd: Sep 14, 2026 Form ID: ntcnfhrg Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica L Zicker, 615 Watercrest Ave, Effort, PA 18330-8093 |
| 5821244 | + | Kevin Zicker, 615 Watercrest Ave, Effort, PA 18330-8093 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 14 2026 18:52:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 5821239 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 14 2026 18:52:00 | AmeriCredit Financial Services, Inc., d/b/a GM Financial, PO Box 183853, Arlington, TX 76096 |
| 5821241 | + | Email/Text: omx-bnc-bk-notices@chime.com | Sep 14 2026 18:52:00 | Chime-Stride, PO BOX 417, SAN FRANCISCO, CA 94104-0417 |
| 5821240 | + | Email/Text: omx-bnc-bk-notices@chime.com | Sep 14 2026 18:52:00 | Chime/the Bancorp Bank, 101 CALIFORNIA ST STE 50, SAN FRANCISCO, CA 94111-5802 |
| 5821242 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 14 2026 18:52:00 | DEPT OF EDUCATION/NELN, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 5821243 | ^ | MEBN | Sep 14 2026 18:45:30 | Hladik Onorato & Federman, Robert W. Williams, Esq, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 5830051 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 14 2026 18:53:00 | Jefferson Capital Systems, LLC, PO BOX 7999, ST.CLOUD, MN 56302-9617 |
| 5821245 | + | Email/PDF: cbp@omf.com | Sep 14 2026 18:55:07 | ONEMAIN, PO Box 3251, Evansville, IN 47731-3251 |
| 5829599 | | Email/PDF: cbp@omf.com | Sep 14 2026 18:55:24 | OneMain Financial Group, LLC, PO BOX 3251, Evansville, IN 47731-3251 |
| 5821246 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 14 2026 18:52:00 | PA Dept of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 5821247 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 14 2026 18:55:18 | Portfolio Recovery, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 5826963 | ^ | MEBN | Sep 14 2026 18:45:36 | PPL Electric Utilities, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5822792 | | Email/Text: bnc-quantum@quantum3group.com | Sep 14 2026 18:52:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5821248 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 14 2026 18:53:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy Dept., Po Box 65250, Salt Lake City, UT 84165-0250 |
| 5821249 | ^ | MEBN | | |

| | | | |
|---|---|---|---|
| | | Sep 14 2026 18:45:29 | St. Lukes University Health Network, 801 Ostrum Street, Bethlehem, PA 18015-1000 |
| 5824293 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 14 2026 18:52:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Kim M Diddio | on behalf of Debtor 1 Jessica L Zicker kdiddio@diddiolaw.com kdiddio@gmail.com;r52326@notify.bestcase.com;kimdiddioattorneyatlaw@jubileebk.net |
| Maggie Soboleski | on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED CREDIT RISK TRANSFER TRUST, SERIES 2019-4 msoboleski@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Jessica L Zicker,<br>aka Jessica L Kuehner, aka Jessica Lynn Zicker, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:26−bk−02115−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 22, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: October 29, 2026<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 14, 2026 |

ntcnfhrg (08/21)